4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

RONALD PRINGLE,

    Defendant.
_____/

Case: 2:22-cr-20483
Assigned To : Parker, Linda V.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 9/15/2022
Description: INDI USA V. SEALED (KB)

Violations:
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
### **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) - Possession with Intent to Distribute More Than 50 Grams of Methamphetamine**

1. From on or about May 20, 2021, in the Eastern District of Michigan, defendant, RONALD PRINGLE, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853 and 28 U.S.C. § 2461

2. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

3. As a result of violating Title 21, United States Code, as set forth in this Indictment, Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, pursuant to Title 21 United States Code, Section 853(a).

4. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Brandy McMillion*
Brandy McMillion
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

Dated: September 15, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20483<br>Assigned To : Parker, Linda V.<br>Referral Judge: Grey, Jonathan J.C.<br>Assign. Date : 9/15/2022<br>Description: INDI USA V. SEALED (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurate

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: _MT_ |

**Case Title:** USA v. RONALD PRINGLE

**County where offense occurred:** Wayne

**Offense Type:** [X] Felony

Indictment

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 15, 2022
Date

MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.